IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JANICE L. HOWELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV00092 SWW |
| | * | |
| USABLE LIFE, | * | |
| | * | |
| Defendant. | * | |

**Memorandum and Order**

Plaintiff filed this complaint seeking a review of a decision denying her claim for long-term disability benefits. Now before the Court is defendant's unopposed motion to file the administrative record under seal pursuant to Fed.R.Civ.P. 5.2(d).[1] For the reasons stated below, the motion is denied.

Defendant moves to seal the administrative record on the grounds that "the majority of the documents in the administrative record are, or refer to, the Plaintiff's medical records and other personal and private information." Mot. to Seal at 1. The common law presumes a right to inspect and copy judicial records and documents. *See Nixon v. Warner Communications, Inc.*, 435 U.S.589 (1978). The right is not absolute. "Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." *Id.* at 598. Federal Rule of Civil Procedure 5.2 addresses privacy protection for filings made with the court, including redaction of certain personal and financial

---

[1] Rule 5.2(d) provides that the court may order that a filing be made under seal without redaction.

information.

Cases challenging the denial of ERISA health benefits routinely involve disclosure of mental and physical illnesses. While there may be some cases where the filing or redaction of medical records may be appropriate because of the particularly sensitive or stigmatizing nature of the underlying medical condition, there is no argument that this case falls into that category.

Therefore, the motion to file under seal [docket entry 5] is denied. The administrative record shall be filed on or before May 10, 2010. Plaintiff's brief shall be filed on or before May 24, 2010, and defendant's brief shall be filed on or before June 7, 2010.

SO ORDERED this 27th day of April, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE